**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-632**

In Re: ABEL UKA OKORO,

Petitioner.

On Petition for a Writ of Mandamus.  (CR-93-162-A)

Submitted:  March 27, 1997            Decided:  April 2, 1997

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Abel Uka Okoro, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Abel Uka Okoro brought this mandamus petition seeking an order directing the district court to render a decision on his Motion for the Return of Seized Money and Property.  Subsequently, the district court entered an order denying Okoro's motion. Because his mandamus petition is now moot, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>